# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 11-cv-03185-RM-MJW | FTR - Courtroom A-502 |
| **Date:** May 06, 2014 | Courtroom Deputy, Emily Seamon |

| *Parties* | *Counsel* |
|---|---|
| MARK D. NIEDERQUELL, and<br>JUDITH A. NIEDERQUELL,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N. A.,<br>THE BANK OF NEW YORK MELLON, f/k/a Bank of New York as Trustee for the Certificate Holders of CWABS, Inc., Asset-backed Certificates, Series 2006-3, and<br>PEGGY J. KERN, Public Trustee of Rio Grande County, in her official capacity,<br><br>Defendants. | Erich Schwiesow *(by telephone)*<br><br><br><br><br><br>Ian Hicks<br>Melissa Cizmorris |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: FINAL PRETRIAL CONFERENCE
**Court in Session:** 10:59 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiffs' Unopposed Motion to Join Green Tree Servicing, LLC as a Party Defendant Pursuant to Fed. R. Civ. P. 25(c) and Vacate Final Pre-Trial Conference [Doc. No. 74, filed April 29, 2014] is **GRANTED**. The Final Pretrial Conference set for this morning is VACATED. Green Tree Servicing, LLC shall be added as a Party Defendant. Plaintiffs shall forthwith serve Green Tree Servicing, LLC.

**ORDERED:** A Status Conference is set for **June 11, 2014 at 9:30 a.m.** Mr. Schwiesow may appear by telephone for this status conference. Plaintiffs shall inform counsel for Green Tree Servicing, LLC of this status conference date. Counsel shall be prepared to discuss the need for an amended scheduling order due to additional discovery.

Hearing concluded.
**Court in recess:** 11:08 a.m.
Total In-Court Time: 00:09

To order a transcript of this proceeding, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.