IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03185-RM-MJW

MARK D. NIEDERQUELL and
JUDITH A. NIEDERQUELL,

Plaintiffs,

v.

BANK OF AMERICA, N.A.,
THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED
CERTIFICATES, SERIES 2006-3, and
GREEN TREE SERVICING, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate and Re-Set Final Pretrial Conference (Docket No. 146) is GRANTED. It is further ORDERED that the Final Pretrial Conference set for May 13, 2015, at 1:30 p.m. is VACATED and RE-SET for June 15, 2015, at 10:00 a.m.

Date: May 1, 2015