IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03185-RM-MJW

MARK D. NIEDERQUELL and
JUDITH A. NIEDERQUELL,

Plaintiffs,

v.

BANK OF AMERICA, N.A.,
THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED
CERTIFICATES, SERIES 2006-3, and
GREEN TREE SERVICING, LLC,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reset the Pre-Trial Conference (Docket No. 152) is GRANTED.  It is further ORDERED that the Final Pretrial Conference set for June 15, 2015, at 10:00 a.m. is VACATED and RE-SET for July 27, 2015, at 10:30 a.m.

Date: June 8, 2015